**Lennon Hobart BURNS, Appellant,**

v.

**DEPARTMENT OF REVENUE and Alicia Marie Hagen, Appellee.**

No. 5D15–4530.

District Court of Appeal of Florida, Fifth District.

July 29, 2016.

Lennon Hobart Burns, Citrus Springs, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee.

## ON CONFESSION OF ERROR

PER CURIAM.

Pursuant to the Notice of Confession of Error filed by the Department of Revenue, we reverse the Final Modified Administrative Support Order, dated December 15, 2015, and remand for further proceedings.

REVERSED and REMANDED.

PALMER, EVANDER, and BERGER, JJ., concur.